**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7296**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARRY ARNOLD YOUNG,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. Elizabeth V. Hallanan, Senior District Judge. (CR-88-112, CA-01-461)

─────────────

Submitted: January 31, 2002      Decided: February 6, 2002

─────────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Larry Arnold Young, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Arnold Young appeals from the district court's order dismissing his 28 U.S.C.A. § 2255 (West Supp. 2001) motion for failure to obtain authorization pursuant to 28 U.S.C.A. § 2244 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Young, Nos. CR-88-112; CA-01-461 (S.D.W. Va. July 17, 2001). Additionally, we deny Young's motion for leave to proceed in forma pauperis and deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2